383 A.2d 522

**COMMONWEALTH of Pennsylvania**

v.

**Clifford HARDEN, Appellant.**

Supreme Court of Pennsylvania.

Argued Nov. 16, 1976.

Decided Jan. 26, 1978.

Gerald J. Haas, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Eric B. Henson, Asst. Dist. Attys., for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION

PER CURIAM.

Improvidently Granted.

JONES, former C. J., did not participate in the decision of this case.